## Wytheville.

## VIRGINIA STATIONERY COMPANY v. OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD.

### June 17, 1926.

APPEAL AND ERROR—*Exceptions, Bill of—Statement of Facts or the Evidence.*—Where there was no statement of facts or of the evidence authenticated by the trial judge, either by certificate or bill of exception, a writ of error will be dismissed as improvidently awarded.

Error to a judgment of the Hustings Court, Part Two, of the city of Richmond, in a proceeding by motion for a judgment for money. Judgment for defendant. Plaintiff assigns error.

*Writ dismissed.*

The opinion states the case.

*S. L. Sinnott*, for the plaintiff in error.

*R. H. Talley* and *Jas. H. Price*, for the defendant in error.

PER CURIAM.

Because there is no statement of the facts or of the evidence authenticated by the trial judge, either by certificate or bill of exception, the writ of error which has been allowed in this case is dismissed as improvidently awarded.

*Writ dismissed.*